# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-10-00149-CV

**Luvia Putzeys, Appellant**

**v.**

**American Express Bank, FSB, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 3 OF BELL COUNTY
### NO. 065483, HONORABLE GERALD M. BROWN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Luvia Putzeys filed her notice of appeal on March 8, 2010. Appellant's brief was due in this Court on July 30, 2010. On August 31, 2010, the Clerk of this Court sent a notice to appellant that her brief was overdue and that her appeal would be dismissed for want of prosecution if she did not respond to this Court by September 10, 2010. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b), (c).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed for Want of Prosecution

Filed:   October 15, 2010